IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| TYRONE A. MCDONALD, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | CV 117-167 |
| | ) | (Formerly CR 114-068) |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**O R D E R**

Petitioner, an inmate at the Federal Correctional Institute in Edgefield, South Carolina, filed with this Court a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. Because of the lack of detail concerning Ground II(c), in which Petitioner claims counsel was ineffective for "'fail[ing] to advise the Petitioner to accept a plea instead of electing for trial,'" the Court ordered Petitioner to provide a sworn statement describing the details of his claim. (Doc. no. 6 (quoting doc. no. 4, p. 4).) Petitioner has now done so. (Doc. no. 8.) Accordingly, the Court **ORDERS** the government to file a response to Petitioner's detailed Ground II(c) allegations within twenty-one days of this order.

SO ORDERED this 2nd day of April, 2018, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA