IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| TYRONE A. MCDONALD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 117-167 |
| | ) | (Formerly CR 114-068) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Petitioner, an inmate at Satellite Low Federal Correctional Institute in Jesup, Georgia, filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. (Doc. no. 1.) On August 13, 2018, the Court issued a Report and Recommendation ("R&R") and set the deadline for objections to the R&R for August 30, 2018. (Doc. nos. 14, 15.) On August 27, 2018, service of the R&R and objections deadline to Petitioner were returned to the Court as undeliverable because Petitioner's register number was not included in the address. (Doc. no. 16.) The same day, the Clerk of Court re-mailed, with proper identification, the returned documents. Out of an abundance of caution, the Court **EXTENDS** the deadline for Petitioner to object to the R&R. Petitioner shall have through and including September 14, 2018, to file his objections to the August 13th Report and Recommendation.

SO ORDERED this 30th day of August, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA