# United States District Court
## Southern District of Georgia

TYRONE A. MCDONALD,

    Petitioner,

V.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 117-167
(Formerly CR 114-068)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated October 17, 2018 adopting the Report and Recommendation as the opinion of the Court, Petitioner's 28 USC 2255 motion is DENIED without an evidentiary hearing; furthermore, Petitioner is DENIED a Certificate of Appealability in this case and is not entitled to appeal in forma pauperis. Judgment is hereby entered in favor of Respondent. This case stands closed.

10/17/2018
Date

Scott L. Poff
Clerk

/s/ Jamie Hodge
(By) Deputy Clerk