IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| TYRONE A. MCDONALD, | ) | |
| | ) | |
| Petitioner-Appellant, | ) | |
| | ) | Case No.: CV 117-167 |
| vs. | ) | (Formerly CR 114-068) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Appeal No.: 18-14737-K |
| | ) | |
| Respondent-Appellee. | ) | |

## O R D E R

The motion of appellant for a certificate of appealability having been denied in the above-styled action by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this _____ day of March, 2019.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA