IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| TYRONE A. MCDONALD, ) | |
| ) | |
| Plaintiff-Appellant, ) | Case No.: CV 117-167 |
| ) | (Former Case No.: CR 114-068) |
| vs. ) | |
| ) | Appeal No.: 19-12580 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant-Appellee. ) | |

## O R D E R

The appellant's motion for a certificate of appealability having been denied and his motion to appeal *in forma pauperis* having been denied as moot by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 5th day of December 2019.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA